IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MONTPELIER US INSURANCE COMPANY and MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>BREAKWATER BAY UNIT OWNERS ASSOCIATION, INC. and HARBOUR POINTE, LLC<br><br>Defendants. | CIVIL ACTION NO.<br>3:15-cv-01702 - RNC<br><br><br><br><br><br>SEPTEMBER 16, 2016 |

## JOINT STATUS REPORT

The counsel for the plaintiffs and the defendant, Breakwater Bay Unit Owners Association, hereby submits this joint status report pursuant to Judge Martinez's order of September 12, 2016 (Doc. # 28). The parties represent that they have continued their dialogue toward a resolution in this matter. Counsel for the plaintiffs, along with counsels for defendants Harbor Pointe, LLC and Salce Construction Company,[1] as well as two contractors, completed an inspection and evaluation of the premises and claimed damages. The contractor for the plaintiffs has advised that based on this initial inspection, it will not be able to provide an accurate estimate as to the cost of potential damages at the subject premises, as the remediation estimate must be calculated based off of the nuances of each individual unit. Despite this setback, it is the parties' hope that an estimate will be prepared within the next thirty days, either by way of

---

[1] Harbor Pointe, LLC and Salce Construction Company are defendants in the underlying state court action and not parties to this action.

additional inspection (with the additional parties identified below) or through some other solution determined by the parties.

In addition, two additional parties have been joined to the underlying state court action. These include contractors Lindade Construction, Inc. and Eagle Concrete, LLC, both of whom contributed to the subject damages.. Counsel for Lindade Construction has been made aware of the potential for a global settlement resolution and has indicated it was receptive to such approach. Eagle Concrete, LLC has yet to appear in the state court matter, but it is anticipated it will appear in the near future. The addition of such parties provides additional resources from which the plaintiffs hope can provide additional compensation for a global settlement.

The parties will continue to work together to reach a resolution and are optimistic that they will be able to make progress regarding such resolution in the near future.

Dated at Hartford, Connecticut this 16th day of Hartford, 2016.

>Respectfully submitted,
>
>**THE PLAINTIFFS,
>MONTPELIER US INSURANCE
>COMPANY and MESA
>UNDERWRITERS SPECIALTY
>INSURANCE COMPANY**
>
>By: /s/Steven B. Ryan
>   Steven B. Ryan
>   Federal Bar No. ct22570
>   HALLORAN & SAGE LLP
>   225 Asylum Street
>   Hartford, CT  06103-4303
>   Telephone: (860) 522-6103

Fax: (860) 548-0006
sryan@halloransage.com
Its Attorneys

## CERTIFICATION

I hereby certify that on September 16, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/Steven B. Ryan*
Steven B. Ryan